# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 17-cr-294 (3) (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Fausto De Los Santos Garcia (3), | |
| Defendants. | |

This matter comes before the Court on the Defendant Fausto De Los Santos Garcia's Motion for Continuance of Pretrial Motions Hearing (ECF No. 235) and Motion to Exclude Time Under the Speedy Trial Act (ECF No. 236). De Los Santos Garcia states that negotiations in this matter are on-going and that the continuance may allow the matter to be resolved without the unnecessary expenditure of time and resources for the Court and the parties. He moves to continue the Motions Hearing until February 21, 2019. De Los Santos Garcia has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act (ECF No. 237). The Government does not object to the requested continuance.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and De Los Santos Garcia in a speedy trial and such continuance is necessary to provide De Los Santos Garcia and counsel reasonable time necessary to attempt to resolve this matter and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant De Los Santos Garcia's Motion for Continuance of the Pretrial Motions Hearing (ECF No. 235) is **GRANTED**.

2. Defendant De Los Santos Garcia's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 236) is **GRANTED**.

3. The period of time from **December 20, 2018 through February 21, 2019** shall be excluded from Speedy Trial Act computations in this case.

4. Any Notice of Intent to Call Witnesses shall be filed by **February 11, 2019**. D. Minn. LR. 12.1(c)(3)(A).

5. Any Responsive Notice of Intent to Call Witnesses shall be filed by **February 15, 2019**. D. Minn. LR 12.1(c)(3)(B).

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and a Defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **February 21, 2019**, at **10:00 a.m.** in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

8. **TRIAL:**

   a. **The trial date, and other related dates will be determined following the ruling on pretrial motions. Counsel shall contact the Courtroom Deputy for District Judge Wright to confirm the new trial date and other related dates.**

Dated: December 21, 2018         <u>     s/ Tony N. Leung     </u>
                                 Tony N. Leung
                                 United States Magistrate Judge
                                 District of Minnesota

                                 *United States v. De Los Santos Garcia.*
                                 Case No. 17-cr-294 (3) (WMW/TNL)