CASE 0:17-cr-00294-JMB-TNL   Doc. 331   Filed 07/02/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Fausto De Los Santos Garcia

Case No: 17-CR-00294 (JMB/TNL) (3)
USM No:

Date of Original Judgment: 08/15/2019
Date of Previous Amended Judgment: 04/28/2022
*(Use Date of Last Amended Judgment if Any)*

John S. Hughes
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Defendant is ineligible for a sentence reduction because the amendment is not applicable to the defendant, pursuant to U.S.S.G. § 1B1.10(a)(2)(A). Specifically, at sentencing, the Court determined the defendant had one criminal history point, which was not a status point. Therefore, the defendant is ineligible for a sentence reduction.

Except as otherwise provided, all provisions of the judgment dated 04/28/2022 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/28/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Jeffrey M. Bryan, U.S. District Judge
*Printed name and title*